WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 05-00027-PHX-RCB |
| Plaintiff, | ORDER |
| vs. | REVOKING SUPERVISED RELEASE |
| Jose Cruz-Hernandez, | |
| Defendant. | |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violation of the allegation A in the Petition (violation of standard condition #1),

IT IS ORDERED revoking the defendant's supervised release and the above-named defendant is committed to the custody of the Bureau of Prisons for a term of **TWENTY-ONE (21) MONTHS**.

IT IS FURTHER ORDERED upon release from the Bureau of Prisons, defendant is placed on supervised release for a period of **FIFTEEN (15) MONTHS.**

IT IS FURTHER ORDERED affirming standard conditions of supervision adopted by the Court in General Order 12-13 previously imposed. The Defendant shall comply with the following additional conditions:

1. If deported, you shall not re-enter the United States without legal authorization.
2. You shall cooperate in the collection of DNA as directed by the probation officer.

1  The defendant is remanded into the custody of the United States Marshal Service.
2  The defendant is advised of right to appeal within 14 days.
3  Date Disposition Imposed:  April 7, 2014.
4  DATED this 7th day of April.

_____
Robert C. Broomfield
Senior United States District Judge